# Complaint Synopsis – Spanish Interpreter Needed

| Name: | Bernardo Antonio Cruz |
|---|---|
| Address: (City & State Only) | Orlando, Florida |
| Year of Birth and Age: | 1994/31 |
| Violations: | **Count 1:** Unlawful reentry, 8 U.S.C. § 1326(a) |
| Penalties: | **Count 1:** Fine of $250,000 pursuant to 18 U.S.C. § 3571(b)(3); Imprisonment of not more than 2 years pursuant to 8 U.S.C. § 1326(a)(2), or both. |
| Supervised Release: | **Count 1:** Not more than one year. 18 U.S.C. § 3583(b)(3). |
| Maximum Term of Imprisonment for Violation of Supervised Release: | **Count 1:** Not more than one year. 18 U.S.C. § 3583(e)(3). |
| Maximum Add'l Term of Supervised Release for Violation of Supervised Release: | **Count 1:** One year less any term of imprisonment imposed. 18 U.S.C. § 3583(h). |
| Defendant's Attorney: | TBD |
| Primary Investiagive Agency and Case Agent Name: | USBP/Christopher Plissey |
| Detention Status: | Detained |
| Foreign National: | Yes; Mexico |
| Foreign Consular Notification Provided: | No |
| County | Aroostook |
| AUSA: | Alisa Ross/Raphaelle A. Silver |
| Guidelines apply? Y/N | Yes |
| Victim Case: | No |
| Corporate Victims Owed Restitution? | No |
| Assessments: | $100 per count. *See* 18 U.S.C. § 3013(a)(2)(A). |