# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BERNARDO ANTONIO CRUZ | No: 1:25-mj-00227-JCN |

## MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. Eligibility of Case. This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_ Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

    \_\_\_ Crime of violence

    \_\_\_ Maximum sentence life imprisonment or death

    \_\_\_ 10+ year drug offense

    \_\_\_ Felony, with two prior convictions in above categories

    \_\_\_ Felony involving a minor victim, a firearm, destructive device or dangerous weapon or failure to register as a sex offender

    _X_ Serious risk defendant will flee

    \_\_\_ Serious risk obstruction of justice

2. Reasons for Detention:

    i. Other than Temporary Detention. The court should detain the defendant because there are no other conditions of release which will reasonably assure (check one or both):

        _X_ Defendant's appearance as required

        \_\_\_ Safety of any other person and the community

3. Rebuttable Presumption. The United States will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e). The presumption applies here because (check one or both if applicable)

    \_\_\_ Probable cause to believe the defendant committed an offense specified in 18 U.S.C. §3142(e) involving: drugs, firearms, terrorism, a minor victim, or conduct outside of the United States.

    \_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

4. Date of Detention Hearing. The United States requests that the detention hearing be held after a continuance of up to 3 days.

5. Length of Detention Hearing. The United States will require one hour or less to present its case for detention.

Date: July 3, 2025

Respectfully submitted,

CRAIG M. WOLFF
Acting United States Attorney

By:  */s/Raphaelle A. Silver*
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street, Ste. 111
Bangor, ME 04401
(207) 945-0373
Raphaelle.silver@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2025, I electronically filed the Government's Motion for Detention with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to all parties of record.

                                         CRAIG M. WOLFF
                                         Acting United States Attorney

        By:    */s/Raphaelle A. Silver*
                                         Assistant United States Attorney
                                         United States Attorney's Office
                                         202 Harlow Street, Ste. 111
                                         Bangor, ME 04401
                                         (207) 945-0373
                                         Raphaelle.silver@usdoj.gov